# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JOSEPH SEME,                              )
                                          )
              Plaintiff,                  )
                                          )
       v.                                 )     Civil Action No. 11-2066 (RJL)
                                          )
FEDERAL BUREAU OF                         )
INVESTIGATION,                            )
                                          )
              Defendant.                  )
                                          )

## ORDER
### (September 20, 2012)

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's Motion for Summary Judgment [Dkt. #16] is

GRANTED; and it is further

**ORDERED** that JUDGMENT shall be entered for defendant.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**


_____
RICHARD J. LEON
United States District Judge